Kevin H. Marino
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
(973) 824-9300
*Attorneys for Defendant*
*Gene Daniel Levoff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | : | No. 2:19-cv-05536 |
| Plaintiff, | : | |
| v. | : | |
| GENE DANIEL LEVOFF | : | **NOTICE OF APPEARANCE** |
| Defendant. | : | |

PLEASE TAKE NOTICE that Kevin H. Marino of Marino, Tortorella & Boyle, P.C., 437 Southern Boulevard, Chatham, New Jersey 07928-1488, hereby enters his appearance as lead counsel of record for Defendant, Gene Daniel Levoff, in this matter.

Dated: February 13, 2019
       Chatham, New Jersey

MARINO, TORTORELLA & BOYLE, P.C.

BY: _____
       Kevin H. Marino