# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

———————

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
WAN CHA
PATRICK S. SALAMEA

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail:kmarino@khmarino.com
*OF COUNSEL

October 14, 2021



**ORDER**

**VIA ECF**

Honorable Edward S. Kiel, U.S.M.J.
United States District Court
United States Post Office & Courthouse
2 Federal Square
Newark, NJ  07101-0999

Re:     *SEC v. Gene Levoff*
            No. 2:19-cv-05536-WJM-ESK

Dear Judge Kiel:

We represent Defendant Gene Levoff in this matter and the related criminal proceeding, *United States v. Levoff*, No. 2:19-cr-00780-WJM.  In accordance with the text order your Honor entered on September 29, 2021, we write to advise the Court regarding the status of the criminal proceeding.  By consent order dated September 30, 2021, Judge Martini continued the criminal proceeding through January 31, 2022.  The parties to this matter agree that the civil case should remain stayed pending the conclusion of the criminal proceeding.

We will make ourselves available at the Court's convenience if your Honor requires any additional information or would like to discuss this matter further.  Thank you for your attention to this matter.

Respectfully,

Kevin H. Marino

cc:     Daniel J. Maher, Esq.

**In view of the highlighted portions herein (ECF No. 13), this civil case is stayed and administratively terminated without prejudice. The parties are granted leave to move to reopen when appropriate. The Clerk is directed to mark this case as closed. So Ordered.**

         **/s/ Edward S. Kiel**
**Edward S. Kiel, U.S.M.J.**
**Date: October 18, 2021**