# Exhibit 6



**FIRST REPUBLIC SECURITIES COMPANY, LLC**
It's a privilege to serve you®
111 PINE STREET, SAN FRANCISCO, CA 94111.  TEL 1-877-348-5376, FAX 1-888-218-9188
E-MAIL: investments@firstrepublic.com

# *Brokerage*
## *Account Statement*

Account Number: ▮1706
Statement Period: 07/01/2015 - 07/31/2015

GENE DANIEL LEVOFF PLEDGED
COLLATERAL ACCOUNT FBO
FIRST REPUBLIC BANK
447 HILLCREST RD
SAN CARLOS CA 94070-1918

## Valuation at a Glance

|  | This Period |
|---|---|
| Beginning Account Value | $1,091,197.54 |
| Cash Withdrawals | -1,110,079.30 |
| Dividends/Interest | 0.41 |
| Change in Account Value | 30,217.94 |
| **Ending Account Value** | **$11,336.59** |
| Estimated Annual Income | $0.42 |

**Your Investment Specialist:**
DINO DUQUE
(415) 395-2206

## Asset Allocation

|  | Last Period | This Period | % Allocation |  |
|---|---|---|---|---|
| Cash, Money Funds, and Bank Deposits1 | 0.04 | 11,336.59 | 100% | Please review your allocation periodically with your Investment Specialist. |
| Equities | 1,091,197.50 | 0.00 | 0% | Your Account is 100% invested in Cash, Money Funds, and Bank Deposits. |
| **Account Total** | **$1,091,197.54** | **$11,336.59** | **100%** |  |

1 **The Bank Deposits in your account are FDIC insured bank deposits.**
FDIC insured bank deposits are not securities and are not covered by the Securities Investor Protection Corporation
(SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation (FDIC), up to allowable limits.

PAR-02-ROLL          A0074202CSF30030


Go paperless
ASK ABOUT E-DELIVERY



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Client Service Information

| Your Investment Specialist:  FRS | Contact Information | Client Service Information |
|---|---|---|
| DINO DUQUE<br>SELF DIRECTED - CLIENT SERVICES<br>111 PINE ST.<br>SAN FRANCISCO    CA 94111 | **Telephone Number:** (415) 395-2206<br>**Fax Number:** (415) 362-0888<br>**E-Mail Address:** investments@firstrepublic.com | **Service Hours:** Weekdays 06:30 a.m. - 04:00 p.m. (PST)<br>**Client Service Telephone Number:** (877) 348-5576<br>**Web Site:** WWW.FIRSTREPUBLIC.COM |

## Your Account Information

### Investment Objective
**Investment Objective:** GROWTH
**Risk Exposure:** MODERATE RISK
Please review your investment objective. If you wish to make a change or have any questions please contact your Investment Specialist.

### Tax Lot Default Disposition Method
Default Method for Mutual Funds: HIGH COST LONG TERM
Default Method for Stocks in a Dividend Reinvestment Plan: HIGH COST LONG TERM
Default Method for all Other Securities: HIGH COST LONG TERM
**Bond Amortization Elections:**
Treat all interest as original issue discount (OID): No
Amortize premium on taxable bonds based on Constant Yield Method: Yes
Accrual market discount method for all other bond types: Ratable Method
Include market discount in income annually: No

### Electronic Delivery
You are currently enrolled to receive the following account communications via electronic delivery:

| | |
|---|---|
| Statements and Reports | Prospectus* |
| Trade Confirmations | Proxy/Shareholder Communications* |
| Tax Documents | |
| Notifications | |

**E-mail notifications are delivered to the following e-mail address(es):**
g######@yahoo.com
*g######@yahoo.com is on file for these documents
The above e-mail address is partially masked for your security. Please log into your account to review the full e-mail address.

Please log in to your account to make any changes to your electronic delivery preferences.

## Portfolio Holdings

| Description | Quantity | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield |
|---|---|---|---|---|---|---|
| **Cash, Money Funds, and Bank Deposits** 100.00% of Portfolio | | | | | | |
| **FDIC Insured Bank Deposits** | | | | | | |
| EAGLE BANK SWEEP TIER 2  held at FIRST REPUBLIC BANK | 11,336.590 | 0.04 | 11,336.59 | 0.02 | 0.42 | N/A |
| **Total FDIC Insured Bank Deposits** | | $0.04 | $11,336.59 | $0.02 | $0.42 | |
| **Total Cash, Money Funds, and Bank Deposits** | | $0.04 | $11,336.59 | $0.02 | $0.42 | |

Page 2 of 8

A0074202CSF30030          PAR-02-ROLL          Account Number: ███ 1706          Go paperless          Rated Excellent          Clearing through Pershing LLC, a wholly owned subsidiary
GENE DANIEL LEVOFF PLEDGED          ASK ABOUT E-DELIVERY          Every Year Since 2007          of The Bank of New York Mellon Corporation (BNY Mellon)
DALBAR RATED COMMUNICATIONS          Pershing LLC, member FINRA, NYSE, SIPC
EXCELLENCE



FIRST REPUBLIC SECURITIES COMPANY, LLC
It's a privilege to serve you®
111 PINE STREET, SAN FRANCISCO, CA 94111, TEL 1-877-318-5576, FAX 1-888-258-6153
E-MAIL : investments@firstrepublic.com



*Brokerage*
*Account Statement*

Statement Period: 07/01/2015 - 07/31/2015

## Portfolio Holdings *(continued)*

|  | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | $11,336.59 | $0.00 | $0.42 |

## Portfolio Holdings Disclosures

### Pricing

This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices, unless otherwise noted, have been obtained from independent vendor services, which we believe to be reliable. Market prices do not constitute a bid or an offer, and may differ from the actual sale price. Securities for which a price is not available are marked "N/A" and are omitted from the Total.

THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE STATEMENT DATE.

### Estimated Annual Figures

The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal may be included in the figures for certain securities, thereby overstating them. Refer to www.pershing.com/business_continuity.html for specific details as to formulas used to calculate the figures. Accrued interest represents interest earned but not yet received.

### Foreign Currency Transactions

Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

### Proxy Vote

Securities not fully paid for in your margin account may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin may be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.



Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC

## Activity Summary *(All amounts shown are in base currency)*

| | Credits This Period | Debits This Period | Net This Period | Credits Year-to-Date | Debits Year-to-Date | Net Year-to-Date |
|---|---|---|---|---|---|---|
| **Securities** | | | | | | |
| Securities Sold | 1,121,415.44 | 0.00 | 1,121,415.44 | 1,121,415.44 | 0.00 | 1,121,415.44 |
| **Total Securities** | **$1,121,415.44** | **$0.00** | **$1,121,415.44** | **$1,121,415.44** | **$0.00** | **$1,121,415.44** |
| **Dividends and Interest** | **$0.41** | **$0.00** | **$0.41** | **$8,613.42** | **$0.00** | **$8,613.42** |
| **Cash** | | | | | | |
| Withdrawals | 0.00 | -1,110,079.30 | -1,110,079.30 | 0.00 | -1,118,692.30 | -1,118,692.30 |
| **Total Cash** | **$0.00** | **-$1,110,079.30** | **-$1,110,079.30** | **$0.00** | **-$1,118,692.30** | **-$1,118,692.30** |
| **Totals** | **$1,121,415.85** | **-$1,110,079.30** | **$11,336.55** | **$1,130,028.86** | **-$1,118,692.30** | **$11,336.56** |

## Transactions by Type of Activity

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|---|
| **Securities Bought and Sold** | | | | | | | | |
| 07/22/15 | 07/17/15 | SOLD AAPL | APPLE INC COM BKCM A PERSHING AFFILIATE MAKES A MKT IN THIS SECURITY & ACTED AS PRINCIPAL UNSOLICITED ORDER AVERAGE UNIT PRICE TRANSACTION YOUR BROKER ACTED AS AGENT | -8,700.000 | 128.9357 | | 1,121,415.44 | USD |
| **Total Securities Bought and Sold** | | | | | | $0.00 | $1,121,415.44 | USD |
| **Dividends and Interest** | | | | | | | | |
| 07/31/15 | | FDIC INSURED BANK DEPOSITS INTEREST RECEIVED 269999298 | EAGLE BNK SWP TIER 2 | | | | 0.41 | USD |
| **Total Dividends and Interest** | | | | | | $0.00 | $0.41 | USD |
| **Cash Withdrawals and Deposits** | | | | | | | | |
| 07/23/15 | | BANK SETTLEMENT ACTIVITY USD999997 | SEND TO BANK | | | | -710,000.00 | USD |
| 07/24/15 | | BANK SETTLEMENT ACTIVITY USD999997 | SEND TO BANK | | | | -400,079.30 | USD |
| **Total Cash Withdrawals and Deposits** | | | | | | $0.00 | -$1,110,079.30 | USD |
| **Total Value of Transactions** | | | | | | $0.00 | $11,336.55 | USD |

The price and quantity displayed may have been rounded.

A0074202CSF30030    PAR-02-ROLL    Account ▮▮▮▮706    GENE DANIEL LEVOFF PLEDGED     Go paperless ASK ABOUT E-DELIVERY    Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE    Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC



FIRST REPUBLIC SECURITIES COMPANY, LLC
It's a privilege to serve you®
111 PINE STREET, SAN FRANCISCO, CA 94111,  TEL 1-877-348-8596, FAX 1-888-258-6188
E-MAIL: investment@firstrepublic.com



**Statement Period: 07/01/2015 - 07/31/2015**

## FDIC Insured Bank Deposits

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| **Sweep FDIC Insured Bank Deposits** | | | | |
| **EAGLE BANK SWEEP TIER 2** held at **FIRST REPUBLIC BANK** | | | | |
| Account Number: | Activity Ending: 07/31/15 | | | |
| 07/01/15 | Opening Balance | | 0.04 | 0.04 |
| 07/23/15 | Deposit | DEPOSIT | 411,415.44 | 411,415.48 |
| 07/24/15 | Withdrawal | WITHDRAWAL | -400,079.30 | 11,336.18 |
| 07/31/15 | Deposit | INTEREST CREDIT | 0.41 | 11,336.59 |
| 07/31/15 | **Closing Balance** | | | **$11,336.59** |
| **Total FDIC Insured Bank Deposits** | | | | **$11,336.59** |

The FDIC Insured Bank Deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). The Bank Deposits at each bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 for each category of legal ownership including individual retirement accounts and certain other self directed retirement accounts. Please review this in connection with other deposits you may have at each respective bank. Please see your Message section for details regarding the interest rate.

## Income and Expense Summary

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| | Taxable | Non Taxable | Taxable | Non Taxable |
| **Dividend Income** | | | | |
| Equities | 0.00 | 0.00 | 8,613.00 | 0.00 |
| **Interest Income** | | | | |
| FDIC Insured Bank Deposits | 0.41 | 0.00 | 0.42 | 0.00 |
| **Total Dividends, Interest, Income and Expenses** | **$0.41** | **$0.00** | **$8,613.42** | **$0.00** |

## Schedule of Realized Gains and Losses Current Period

| Disposition Date | Acquisition Date | Disposition Transaction | Description | Quantity | Cost Basis | Proceeds | Realized Gain/Loss/ Disallowance |
|---|---|---|---|---|---|---|---|
| **Long Term** | | | | | | | |
| 07/17/15 | 09/19/12 * | SELL High Cost Long Term | APPLE INC COM Security Identifier: AAPL | 497.000 | 49,849.10 | 64,062.47 | 14,213.37 |
| 07/17/15 | 10/15/11 * | SELL High Cost Long Term | APPLE INC COM Security Identifier: AAPL | 938.000 | 56,548.00 | 120,906.63 | 64,358.63 |

Page 5 of 8

Account Number ▮ 1706
GENE DANIEL LEVOFF PLEDGED

**Go paperless**
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Schedule of Realized Gains and Losses Current Period *(continued)*

| Disposition Date | Acquisition Date | Disposition Transaction | Description | Quantity | Cost Basis | Proceeds | Realized Gain/Loss/ Disallowance |
|---|---|---|---|---|---|---|---|
| **Long Term** *(continued)* | | | | | | | |
| 07/17/15 | 10/15/11* | SELL High Cost Long Term | APPLE INC COM Security Identifier: AAPL | 860.000 | 51,845.71 | 110,852.56 | 59,006.85 |
| 07/17/15 | 06/03/11* | SELL High Cost Long Term | APPLE INC COM Security Identifier: AAPL | 3,689.000 | 180,992.88 | 475,505.93 | 294,513.05 |
| 07/17/15 | 04/15/11* | SELL High Cost Long Term | APPLE INC COM Security Identifier: AAPL | 938.000 | 43,879.64 | 120,906.63 | 77,026.99 |
| 07/17/15 | 04/15/11* | SELL High Cost Long Term | APPLE INC COM Security Identifier: AAPL | 1,106.000 | 51,738.68 | 142,561.55 | 90,822.87 |
| 07/17/15 | 07/29/11 | SELL High Cost Long Term | ¹³APPLE INC COM Security Identifier: AAPL | 287.000 | 12,024.30 | 36,993.82 | 24,969.52 |
| 07/17/15 | 01/31/11 | SELL High Cost Long Term | ¹³APPLE INC COM Security Identifier: AAPL | 385.000 | 12,241.49 | 49,625.85 | 37,384.36 |
| **Total Long Term** | | | | | **$459,119.80** | **$1,121,415.44** | **$662,295.64** |
| **Total Short Term and Long Term** | | | | | **$459,119.80** | **$1,121,415.44** | **$662,295.64** |

---

\* Noncovered under the cost basis rules as defined below.

Securities acquired before 2011 or in retirement accounts are generally not subject to the new cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended ("IRC") (incorporating amendments enacted by P.L.110-343, the Emergency Economic Stabilization Act of 2008) and are, therefore, considered "noncovered," under the new cost basis reporting rules, and marked or denoted as such. All other securities in this section are securities which are "covered" under the new cost basis reporting rules. Securities which are "covered" under the new cost basis reporting rules are defined as non-retirement, US taxpayers securities which have been acquired on or after their "applicable date(s)" at which they are subject to the cost basis reporting rules and the adjusted basis will be reported to the IRS on form 1099-B for the applicable tax year in which the security is disposed.

Reporting requirements generally will be phased in over a three-year period, as follows:
- Stock in a corporation acquired on or after January 1, 2011
- Mutual funds and dividend reinvestment plan (DRP) shares acquired on or after January 1, 2012
- Options and any Debt Instruments that provide a simple fixed payment schedule for which a yield to maturity can be easily determined acquired on or after January 1, 2014.

This Schedule may not reflect all cost basis adjustments necessary for tax reporting purposes, especially for noncovered securities. Adjustments to cost basis may have been made for prior income received and subsequently reclassified by the issuer as a return of capital. In addition, corporate action events may require adjustments to your original cost basis. Return of capital information and cost basis information, as it relates to corporate actions, has been obtained from sources we believe to be reliable.

Adjustments to cost basis can be made after year-end, in particular, for return of capital adjustments, but may also include adjustments for corporate action events. Therefore there may be differences in cost basis reflected on your monthly client brokerage statement at year end versus any subsequent reports, including your 1099-B or online displays you may have available to you.

A0074202CSP30030   PAR-O7-ROLL   Account Number: ████1706   GENE DANIEL LEVOFF PLEDGED

Go paperless ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC



**FIRST REPUBLIC SECURITIES COMPANY, LLC**
It's a privilege to serve you®
111 PINE STREET, SAN FRANCISCO, CA 94111.  TEL 1-877-348-4476, FAX 1-888-258-6118
E-MAIL: investment@firstrepublic.com



# Brokerage
## Account Statement

**Statement Period: 07/01/2015 - 07/31/2015**

## Schedule of Realized Gains and Losses Current Period *(continued)*

When you report your cost basis on your tax return, it should be verified using all of your own records. In particular, there may be other adjustments which you need to make, but are not required to be made by Pershing as it relates to H.R. 1424. You should consult with your tax advisor in order to properly report your gain or loss for tax purposes. Pershing shall not be responsible for and makes no representations or warranties with respect to the accuracy of any information that you report to the IRS or other taxing authorities, and, accordingly, disclaims any and all liability that may arise with respect to your use and reliance on the information provided herein for such reporting.

[13] The cost basis of this security has been provided to us by the delivering firm or transferring agent and Pershing makes no representation as to the accuracy of this information.

Please refer to the Your Account Information Section in your brokerage account statement for your account's existing tax-lot disposition method. The disposition method is the method which you have selected to use in the disposal of each tax lot of the securities held in your account. If you do not select a method, your account will be defaulted to First In, First Out (FIFO). Your account's selected tax lot method will be used to determine the cost basis for calculating gain and/or loss, unless another method was selected at the time of the security disposal, and this may be reported on the IRS Form 1099-B.

## Messages

Although a money market mutual fund seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money market mutual fund. Shares of a money market mutual fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account. Please see the money market mutual fund's prospectus or the bank deposit product's disclosure document or contact your advisor for additional information.

The Eagle Bank Sweep Tier 2 is an FDIC insured bank account that paid an average rate of 0.03% for the statement period July 1, 2015 through July 31, 2015. The Eagle Bank Sweep Tier 2 is not protected by SIPC.

## Important Information and Disclosures

The Role of Pershing
- Pershing carries your account as clearing broker pursuant to a clearing agreement with your financial institution. Pershing may accept from your financial institution without inquiry or investigation (i) orders for the purchase and sale of securities and other property and (ii) any other instructions concerning your account. Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.
- Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes.
- Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.
- Inquiries concerning the positions and balances in your account may be directed to the Pershing Customer Service Department at (201) 413-3333. All other inquiries regarding your account or activity should be directed to your financial institution. Your financial organization's contact information can be found on the first page of this statement.
- For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account. This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.
- Pershing is a member of the Securities Investor Protection Corporation (SIPC®). Please note that SIPC does not protect against loss due to market fluctuation. In addition to SIPC protection, Pershing provides coverage in excess of SIPC limits. For more detailed information please visit: www.pershing.com/about/strength-and-stability.
- This statement will be deemed conclusive. You are advised to report any inaccuracy or discrepancy (including unauthorized trading) promptly, but no later than ten days after receipt of this statement, to

Page 7 of 8





**Go paperless**
ASK ABOUT E-DELIVERY



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Important Information and Disclosures *(continued)*

**The Role of Pershing** *(continued)*

    your financial organization and Pershing. Please be advised that any oral communication should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.

- Your financial organization's contact information can be found on the first page of this statement. Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.** Errors and Omissions excepted.

**Important Arbitration Disclosures**

- All parties to this agreement are giving up the right to sue each other in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.
- Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.
- The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.
- The arbitrators do not have to explain the reason(s) for their award, unless, in an eligible case, a joint request for an explained decision has been submitted by all parties to the panel at least 20 days prior to the first scheduled hearing date.
- The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.
- The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.
- The rules of the arbitration forum in which the claim is filed, and any amendments thereto, shall be incorporated into this agreement.

**Important Arbitration Agreement**

Any controversy between you and Pershing LLC shall be submitted to arbitration before the Financial Industry Regulatory Authority. No person shall bring a putative or certified class action to arbitration, nor seek to enforce any predispute arbitration agreement against any person who has initiated in court a putative class action, who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until; (I) the class certification is denied; (II) the class is decertified; or (III) the client is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein. The laws of the State of New York govern.

Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.**

A0074202CSF30030    PAR-02-ROLL    Account Number: ▮1706 GENE DANIEL LEVOFF PLEDGED

 Go paperless ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC