# Exhibit 15

| | |
|---|---|
| **From:** | Disclosure_Committee_Dist_List@group.apple.com on behalf of Nancy Paxton <paxton1@apple.com> |
| **Sent:** | Friday, July 8, 2011 11:39 PM |
| **To:** | Dist Disclosure Committee List <Disclosure_Committee_Dist_List@group.apple.com> |
| **Cc:** | Gary Wipfler <wipfler1@apple.com> |
| **Subject:** | Earnings materials for review |
| **Attach:** | Q311 Peter's script.doc; Q3 2011 Earnings Release Financials (v2).doc; Q311 Earnings Press Release.doc; Q3'11 10-Q Schedule Request Item 409 - Data sheet.xls |

Attached for your review are the latest drafts of the Q3 earnings release materials. Please note that the quotes in the press release are preliminary, as is the Q4 guidance. Only the content of the "External" tab of the attached Data Sheet file will be made public.

Bon weekend.

Confidential Treatment Requested, Exempt from FOIA