**NANCY SILVERMAN**
**2760 S Ocean Blvd, Apt 303**
**Palm Beach, FL  33480**
**631-553-0523**
nancysilverwoman@gmail.com

August 12, 2024

Hon. William J. Martini
U.S. District Court for the District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
Via email ecfhelp@njd.uscourts.gov

**Re: SEC v Levoff, 2:19-cv-05536**

Dear Judge Martini,

    I am writing to you regarding certain sealed materials in the above-captioned case, *SEC v. Levoff*.  In reviewing the docket online, I see that items 25, 26 and 27 are sealed though there is no indication as to why they are sealed.

    Given that this case was closed by your order signed July 2, 2024, I am asking that the previously sealed items noted above be unsealed.  In the alternative, I ask that an explanation of the need for sealing these filings be provided so that I can determine whether to hire counsel to move to challenge the order sealing these filings.  In reviewing the local rules, it was my understanding that a motion and supporting papers to seal or otherwise restrict public access should be available for review by the public yet I do not see any such papers included in the online docket.

    Thank you in advance for your assistance in this matter.

                                                  Sincerely,

                                                  /s/

                                                Nancy SIlverman

Case 2:19-cv-05536-WJM-SDA    Document 32    Filed 08/12/24    Page 2 of 2 PageID: 523