Kevin H. Marino
John D. Tortorella
John A. Boyle
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ  07928-1488
(973) 824-9300
*Attorneys for Defendant*
*Gene Daniel Levoff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GENE DANIEL LEVOFF,<br><br>Defendant. | Case No. 2:19-cv-05536-WJM-MAH<br><br>**NOTICE OF MOTION**<br>**TO SEAL MATERIALS**<br><br>Return Date:  November 4, 2024<br><br>Document electronically filed |

**PLEASE TAKE NOTICE** that on November 4, 2024, or such other date as set by the Court, Defendant, Gene Daniel Levoff ("Levoff"), will move before the Honorable William J. Martini, U.S.D.J., United States District Court for the District of New Jersey, Martin Luther King, Jr., Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order, pursuant to Local Civil Rules 5.3(c) and 7.1, directing that the unredacted copies of (i) Levoff's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and in support of his Cross-Motion for Summary Judgment [ECF No. 25] (the "Memorandum of Law"), (ii) Levoff's Response to Plaintiff's Statement of

Undisputed Material Facts and Statement of Undisputed Material Facts in support of his Cross-Motion for Summary Judgment [ECF No. 26] (the "Statement of Facts"), and (iii) the Certification of Kevin H. Marino in opposition to Plaintiff's Motion for Summary Judgment and in support of Levoff's Cross-Motion for Summary Judgment [ECF No. 27] (the "Marino Certification") be maintained under seal.  Pursuant to Local Civil Rule 7.1(d)(4), no legal brief is required because all relevant proposed findings of fact and conclusions of law required by Local Civil Rule 5.3(c) have been set forth in the Certification of Kevin H. Marino.

**PLEASE TAKE FURTHER NOTICE** that Levoff will rely upon the Certification of Kevin H. Marino in support of his Motion.  A proposed form of Order is also submitted herewith.

Dated:  October 2, 2024        Respectfully submitted,
        Chatham, New Jersey

                                                            Kevin H. Marino, Esq.
                                                             John D. Tortorella, Esq.
                                                             John A. Boyle, Esq.
                                                             MARINO, TORTORELLA & BOYLE, P.C.
                                                             437 Southern Boulevard
                                                             Chatham, NJ 07928-1488
                                                             (973) 824-9300
                                                             *Attorneys for Defendant*
                                                             *Gene Daniel Levoff*